# Exhibit C

| DISP# | PATIENT | | CARRIER | DOS | Claim # | CPT CODE | DATE WON | PROVIDER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| DISP-621467 | [redacted] | AN | BCBS | 5/26/2023 | [redacted] | 22842 | 2/21/2024 | GEORGE | $58,769.28 |
| DISP-1080824 | [redacted] | AG | BCBS | 12/1/2023 | [redacted] | 61618 | 12/5/2024 | GARING | $10,021.43 |
| DISP-1446642 | [redacted] | AR | BCBS | 3/7/2024 | [redacted] | 63047 | 12/12/2024 | GEORGE | $62,105.20 |
| DISP-1446694 | [redacted] | AR | BCBS | 3/7/2024 | [redacted] | 63048 | 5/6/2025 | GEORGE | $31,050.00 |
| DISP-3730182 | [redacted] | AH | BCBS | 5/7/2025 | [redacted] | 22590 | 9/24/2025 | PAPADIMAS | $49,500.00 |
| DISP-3730211 | [redacted] | AH | BCBS | 5/7/2025 | [redacted] | 61343 | 8/20/2025 | PAPADIMAS | $49,500.00 |
| DISP-3730238 | [redacted] | AH | BCBS | 5/7/2025 | [redacted] | 22842 | 8/20/2025 | PAPADIMAS | $35,707.07 |
| DISP-3730327 | [redacted] | AH | BCBS | 5/7/2025 | [redacted] | 63185 | 8/20/2025 | PAPADIMAS | $28,750.00 |
| DISP-3730356 | [redacted] | AH | BCBS | 5/7/2025 | [redacted] | 61783 | 8/20/2025 | PAPADIMAS | $17,250.00 |
| DISP-4195636 | [redacted] | AB-G | BCBS | 7/3/2025 | [redacted] | 22853 | 12/18/2025 | DADASHEV | $23,000.00 |
| DISP-1578108 | [redacted] | A-F | BCBS | 2/28/2024 | [redacted] | 22853 | 9/17/2024 | VAYNMAN | $22,414.44 |
| DISP-1492310 | [redacted] | AC | BCBS | 4/8/2024 | [redacted] | 61790 | 2/3/2025 | M. BRISMAN | $86,250.00 |
| DISP-4195339 | [redacted] | AB-G | BCBS | 7/3/2025 | [redacted] | 22633 | 10/20/2025 | DADASHEV | $90,000.00 |
| DISP-4195517 | [redacted] | AB-G | BCBS | 7/3/2025 | [redacted] | 22214 | 11/7/2025 | DADASHEV | $57,500.00 |
| DISP-4195663 | [redacted] | AB-G | BCBS | 7/3/2025 | [redacted] | 22840 | 10/21/2025 | DADASHEV | $57,500.00 |
| DISP-409382 | [redacted] | A-M | BCBS | 1/20/2023 | [redacted] | 63046, 63048 | 7/31/2024 | GINSBURG | $11,504.00 |
| DISP-3987697 | [redacted] | AIG | BCBS | 5/18/2025 | [redacted] | 64722 | 9/26/2025 | VAYNMAN | $115,000.00 |
| DISP-3987771 | [redacted] | AIG | BCBS | 5/18/2025 | [redacted] | 63048 | 10/20/2025 | VAYNMAN | $31,050.00 |
| DISP-4338047 | [redacted] | AMC | BCBS | 6/13/2025 | [redacted] | 22551 | 1/8/2026 | | $90,000.00 |
| DISP-3517886 | [redacted] | AC | BCBS | 3/20/2025 | [redacted] | 63047 | 8/25/2025 | SHAH | $63,480.00 |
| DISP-3454610 | [redacted] | AW | BCBS | 1/24/2025 | [redacted] | 22634 | 7/29/2025 | VAYNMAN | $24,150.00 |
| DISP-4730291 | [redacted] | AM | BCBS | 9/3/2025 | [redacted] | 22849 | 1/26/2026 | PAPADIMAS | $49,500.00 |
| DISP-4730321 | [redacted] | AM | BCBS | 9/3/2025 | [redacted] | 61343 | 1/16/2026 | PAPADIMAS | $49,500.00 |
| DISP-4730377 | [redacted] | AM | BCBS | 9/3/2025 | [redacted] | 63185 | 3/20/2026 | PAPADIMAS | $28,750.00 |
| DISP-4730409 | [redacted] | AM | BCBS | 9/4/2025 | [redacted] | 61783 | 3/20/2026 | PAPADIMAS | $17,250.00 |
| DISP-4621820 | [redacted] | BK | BCBS | 8/19/2025 | [redacted] | 22590 | 12/31/2025 | PAPADIMAS | $49,500.00 |
| DISP-4621862 | [redacted] | BK | BCBS | 8/19/2025 | [redacted] | 22849 | 1/6/2026 | PAPADIMAS | $49,500.00 |
| DISP-4621920 | [redacted] | BK | BCBS | 8/19/2025 | [redacted] | 22842 | 1/14/2026 | PAPADIMAS | $35,708.00 |
| DISP-4621997 | [redacted] | BK | BCBS | 8/19/2025 | [redacted] | 63045 | 12/29/2025 | PAPADIMAS | $33,063.00 |
| DISP-3144061 | [redacted] | BR | BCBS | 12/13/2024 | [redacted] | 63048 | 5/29/2025 | IMANI | $31,050.00 |
| DISP-5057502 | [redacted] | BK | BCBS | 9/22/2025 | [redacted] | 22633 | 2/21/2026 | GEORGE | $90,000.00 |
| DISP-5057680 | [redacted] | BK | BCBS | 9/22/2025 | [redacted] | 63052 | 3/5/2026 | GEORGE | $57,500.00 |
| DISP-5057908 | [redacted] | BK | BCBS | 9/22/2025 | [redacted] | 22840 | 3/4/2026 | GEORGE | $57,500.00 |
| DISP-5057999 | [redacted] | BK | BCBS | 9/22/2025 | [redacted] | 22214 | 3/4/2026 | GEORGE | $57,500.00 |
| DISP-5058095 | [redacted] | BK | BCBS | 9/22/2025 | [redacted] | 61783 | 2/27/2026 | GEORGE | $34,500.00 |
| DISP-5058175 | [redacted] | BK | BCBS | 9/22/2025 | [redacted] | 22853 | 3/4/2026 | GEORGE | $23,000.00 |
| DISP-426536 | [redacted] | BR | BCBS | 3/15/2023 | [redacted] | 22551, 22552 | 7/31/2024 | DADASHEV | $157,404.59 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISP-3796614 | [redacted] | BS | BCBS | 6/28/2025 | [redacted] | 69990 | 8/29/2025 | GEORGE | $34,500.00 |
| DISP-3095409 | [redacted] | BT | BCBS | 2/13/2025 | [redacted] | 61540 | 5/28/2025 | ONESTI | $59,800.00 |
| DISP-3540056 | [redacted] | BT | BCBS | 3/18/2025 | [redacted] | 61312 | 8/26/2025 | RAK | $69,000.00 |
| DISP-3540110 | [redacted] | BT | BCBS | 3/18/2025 | [redacted] | 61537 | 8/26/2025 | RAK | $57,500.00 |
| DISP-3540208 | [redacted] | BT | BCBS | 3/18/2025 | [redacted] | 61618 | 8/15/2025 | RAK | $28,750.00 |
| DISP-3765644 | [redacted] | BT | BCBS | 4/16/2025 | [redacted] | 61312 | 8/27/2025 | ONESTI | $69,000.00 |
| DISP-3765808 | [redacted] | BT | BCBS | 4/16/2025 | [redacted] | 61618 | 9/2/2025 | ONESTI | $28,750.00 |
| DISP-3095323 | [redacted] | BT | BCBS | 2/13/2025 | [redacted] | 61312 | 5/28/2025 | ONESTI | $69,000.00 |
| DISP-4275436 | [redacted] | BH | BCBS | 6/20/2025 | [redacted] | 22552 | 1/7/2026 | GEORGE | $34,500.00 |
| DISP-4275519 | [redacted] | BH | BCBS | 6/20/2025 | [redacted] | 22853 | 12/2/2025 | GEORGE | $46,000.00 |
| DISP-3012331 | [redacted] | CC | BCBS | 12/6/2024 | [redacted] | 22853 | 5/9/2025 | VAYNMAN | $23,000.00 |
| DISP-3012428 | [redacted] | CC | BCBS | 12/6/2024 | [redacted] | 22845 | 5/21/2025 | VAYNMAN | $69,000.00 |
| DISP-401514 | [redacted] | CW | BCBS | 4/29/2022 | [redacted] | 36011 | 7/8/2024 | SPELLMAN | $44,913.36 |
| DISP-4099126 | [redacted] | CG | BCBS | 6/12/2025 | [redacted] | 61107 | 12/12/2025 | PAPADIMAS | $12,880.00 |
| DISP-4099153 | [redacted] | CG | BCBS | 6/12/2025 | [redacted] | 20660 | 11/20/2025 | PAPADIMAS | $12,650.00 |
| DISP-4502307 | [redacted] | CG | BCBS | 8/12/2025 | [redacted] | 22590 | 12/27/2025 | PAPADIMAS | $49,500.00 |
| DISP-4502441 | [redacted] | CG | BCBS | 8/12/2025 | [redacted] | 22842 | 12/16/2025 | PAPADIMAS | $35,707.00 |
| DISP-4262256 | [redacted] | CK | BCBS | 6/2/2025 | [redacted] | 61783 | 11/1/2025 | GEORGE | $34,500.00 |
| DISP-4600058 | [redacted] | CK | BCBS | 6/2/2025 | [redacted] | 22612 | 12/19/2025 | GEORGE | $69,000.00 |
| DISP-4600166 | [redacted] | CK | BCBS | 6/2/2025 | [redacted] | 63047 | 12/31/2025 | GEORGE | $63,480.00 |
| DISP-4600341 | [redacted] | CK | BCBS | 6/2/2025 | [redacted] | 22614 | 12/28/2025 | GEORGE | $28,750.00 |
| DISP-4600426 | [redacted] | CK | BCBS | 6/2/2025 | [redacted] | 63048 | 1/8/2026 | GEORGE | $62,100.00 |
| DISP-4600519 | [redacted] | CK | BCBS | 6/2/2025 | [redacted] | 22842 | 2/19/2026 | GEORGE | $71,415.00 |
| DISP-429784 | [redacted] | CH | BCBS | 2/17/2023 | [redacted] | 64722 | 2/9/2024 | J. BRISMAN | $9,197.36 |
| DISP-887507 | [redacted] | CK | BCBS | 9/6/2023 | [redacted] | 20660 | 10/9/2024 | PAPADIMAS | $4,042.04 |
| DISP-5015490 | [redacted] | CB | BCBS | 9/8/2025 | [redacted] | 22612 | 2/5/2026 | GEORGE | $69,000.00 |
| DISP-5016610 | [redacted] | CB | BCBS | 9/8/2025 | [redacted] | 63048 | 2/5/2026 | GEORGE | $93,150.00 |
| DISP-5016736 | [redacted] | CB | BCBS | 9/8/2025 | [redacted] | 22614 | 2/17/2026 | GEORGE | $57,500.00 |
| DISP-3893173 | [redacted] | CH | BCBS | 5/5/2025 | [redacted] | 63048 | 9/9/2025 | GEORGE | $124,200.00 |
| DISP-3893484 | [redacted] | CH | BCBS | 5/5/2025 | [redacted] | 61783 | 9/9/2025 | GEORGE | $34,500.00 |
| DISP-4339989 | [redacted] | CJ | BCBS | 7/18/2025 | [redacted] | 64722 | 11/26/2025 | SHAH | $115,000.00 |
| DISP-4340573 | [redacted] | CJ | BCBS | 7/18/2025 | [redacted] | 22633 | 11/26/2025 | SHAH | $90,000.00 |
| DISP-4340861 | [redacted] | CJ | BCBS | 7/18/2025 | [redacted] | 63052 | 12/22/2025 | SHAH | $57,500.00 |
| DISP-4811490 | [redacted] | CH | BCBS | 10/1/2025 | [redacted] | 22633 | 1/26/2026 | ONESTI | $90,000.00 |
| DISP-4811645 | [redacted] | CH | BCBS | 10/1/2025 | [redacted] | 22842 | 1/8/2026 | ONESTI | $71,415.00 |
| DISP-4812310 | [redacted] | CH | BCBS | 10/1/2025 | [redacted] | 22634 | 1/29/2026 | ONESTI | $24,150.00 |
| DISP-4812105 | [redacted] | CH | BCBS | 10/1/2025 | [redacted] | 63053 | 2/2/2026 | ONESTI | $34,500.00 |
| DISP-4455613 | [redacted] | CT | BCBS | 7/23/2025 | [redacted] | 63040 | 12/16/2025 | PAPADIMAS | $30,475.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISP-4455654 | [redacted] | CT | BCBS | 7/23/2025 | [redacted] | 64722 | 1/14/2026 | PAPADIMAS | $28,750.00 |
| DISP-1402424 | [redacted] | CB | BCBS | 5/11/2023 | [redacted] | 63685 | 3/3/2025 | SNYDER | $37,743.37 |
| DISP-3840872 | [redacted] | CE | BCBS | 5/13/2025 | [redacted] | 20660 | 9/18/2025 | PAPADIMAS | $12,650.00 |
| DISP-4486844 | [redacted] | CE | BCBS | 5/14/2025 | [redacted] | 21499 | 12/4/2025 | PAPADIMAS | $23,000.00 |
| DISP-3852068 | [redacted] | DR | BCBS | 5/1/2025 | [redacted] | 62223 | 10/2/2025 | BOYLE | $34,500.00 |
| DISP-3852093 | [redacted] | DR | BCBS | 5/1/2025 | [redacted] | 61781 | 10/2/2025 | BOYLE | $25,875.00 |
| DISP-3637696 | [redacted] | DC | BCBS | 12/9/2024 | [redacted] | 63047 | 9/3/2025 | GEORGE | $63,480.00 |
| DISP-1944815 | [redacted] | DS | BCBS | 6/27/2024 | [redacted] | 22551 | 5/14/2025 | ONESTI | $90,000.00 |
| DISP-1945099 | [redacted] | DS | BCBS | 6/27/2024 | [redacted] | 22853 | 1/7/2025 | ONESTI | $23,000.00 |
| DISP-4949026 | [redacted] | DT | BCBS | 9/25/2025 | [redacted] | 22846 | 2/13/2026 | GEORGE | $50,255.00 |
| DISP-2082968 | [redacted] | DH | BCBS | 8/9/2024 | [redacted] | 63042 | 8/15/2025 | SONSTEIN | $60,950.00 |
| DISP-2084073 | [redacted] | DH | BCBS | 8/9/2024 | [redacted] | 63044 | 8/15/2025 | SONSTEIN | $26,450.00 |
| DISP-2084465 | [redacted] | D-H | BCBS | 8/9/2024 | [redacted] | 20939 | 12/17/2024 | SONSTEIN | $9,258.00 |
| DISP-4523814 | [redacted] | DS | BCBS | 8/8/2025 | [redacted] | 61790 | 3/4/2026 | M. BRISMAN | $86,250.00 |
| DISP-697362 | [redacted] | DB | BCBS | 6/6/2023 | [redacted] | 61781 | 10/4/2024 | BROWN | $51,420.78 |
| DISP-442618 | [redacted] | DS | BCBS | 2/17/2023 | [redacted] | 22551 | 8/22/2023 | BIRK | $88,089.75 |
| DISP-442625 | [redacted] | DS | BCBS | 2/17/2023 | [redacted] | 64722 | 9/27/2023 | BIRK | $57,173.83 |
| DISP-2015743 | [redacted] | DL | BCBS | 8/1/2024 | [redacted] | 64722 | 1/14/2025 | PAPADIMAS | $23,000.00 |
| DISP-298689 | [redacted] | DP | BCBS | 11/29/2022 | [redacted] | 63655 | 10/12/2023 | KRIEFF | $45,995.63 |
| DISP-1298683 | [redacted] | DL | BCBS | 2/7/2024 | [redacted] | 22612 | 6/18/2024 | GAUDIN | $67,224.62 |
| DISP-1298731 | [redacted] | DL | BCBS | 2/7/2024 | [redacted] | 22842 | 6/20/2024 | GAUDIN | $69,490.20 |
| DISP-1298789 | [redacted] | DL | BCBS | 2/7/2024 | [redacted] | 61781 | 6/21/2024 | GAUDIN | $51,151.90 |
| DISP-2887753 | [redacted] | DR | BCBS | 11/6/2024 | [redacted] | 61312 | 6/5/2025 | ONESTI | $69,000.00 |
| DISP-2887774 | [redacted] | DR | BCBS | 11/6/2024 | [redacted] | 62141 | 5/30/2025 | ONESTI | $43,643.00 |
| DISP-3033053 | [redacted] | DR | BCBS | 11/13/2024 | [redacted] | 36227 | 6/3/2025 | BOYLE | $3,450.00 |
| DISP-3559426 | [redacted] | DS | BCBS | 3/24/2025 | [redacted] | 22551 | 10/23/2025 | GEORGE | $90,000.00 |
| DISP-3559524 | [redacted] | DS | BCBS | 3/24/2025 | [redacted] | 22853 | 8/6/2025 | GEORGE | $23,000.00 |
| DISP-1492398 | [redacted] | EG | BCBS | 4/18/2023 | [redacted] | 63047 | 10/11/2024 | DADASHEV | $63,189.64 |
| DISP-636609 | [redacted] | EJ | BCBS | 4/17/2023 | [redacted] | 64722 | 2/13/2024 | BROWN | $57,220.43 |
| DISP-1331627 | [redacted] | ES | BCBS | 1/31/2024 | [redacted] | 22590 | 5/29/2025 | BOLOGNESE | $99,000.00 |
| DISP-3976481 | [redacted] | EA | BCBS | 4/18/2025 | [redacted] | 62165 | 1/19/2026 | VAYNMAN | $49,500.00 |
| DISP-3976567 | [redacted] | EA | BCBS | 4/18/2025 | [redacted] | 61781 | 10/14/2025 | BOYLE | $20,125.00 |
| DISP-5068026 | [redacted] | EC | BCBS | 10/3/2025 | [redacted] | 36225 | 3/5/2026 | J. BRISMAN | $36,800.00 |
| DISP-5068051 | [redacted] | EC | BCBS | 10/3/2025 | [redacted] | 36226 | 2/19/2026 | J. BRISMAN | $36,800.00 |
| DISP-3365533 | [redacted] | EH | BCBS | 3/28/2025 | [redacted] | 20660 | 7/30/2025 | PAPADIMAS | $12,650.00 |
| DISP-4621964 | [redacted] | EH | BCBS | 6/20/2025 | [redacted] | 63048 | 1/21/2025 | GEORGE | $31,050.00 |
| DISP-265346 | [redacted] | EO | BCBS | 5/3/2022 | [redacted] | 61458 | 10/26/2023 | BROWN | $97,372.13 |
| DISP-265477 | [redacted] | EO | BCBS | 5/3/2022 | [redacted] | 64722 | 10/29/2023 | BROWN | $57,326.70 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISP-630158 | [redacted] | EO | BCBS | 5/23/2023 | [redacted] | 64555 | 10/1/2024 | BROWN | $35,545.29 |
| DISP-1889173 | [redacted] | FA | BCBS | 7/10/2025 | [redacted] | 63620 | 8/21/2025 | M. BRISMAN | $51,750.00 |
| DISP-1578212 | [redacted] | FS | BCBS | 3/21/2024 | [redacted] | 63048 | 9/9/2024 | RAK | $75,006.35 |
| DISP-1578331 | [redacted] | FS | BCBS | 3/21/2024 | [redacted] | 61781 | 8/31/2024 | RAK | $51,170.42 |
| DISP-1944619 | [redacted] | FF | BCBS | 2/6/2024 | [redacted] | 22612 | 6/3/2025 | SONSTEIN | $69,000.00 |
| DISP-4959923 | [redacted] | FG | BCBS | 9/19/2025 | [redacted] | 22846 | 2/13/2026 | GEORGE | $50,255.00 |
| DISP-2529195 | [redacted] | GS | BCBS | 10/14/2024 | [redacted] | 22633 | 5/22/2025 | GAUDIN | $90,000.00 |
| DISP-2529343 | [redacted] | GS | BCBS | 10/14/2024 | [redacted] | 63052 | 6/13/2025 | GAUDIN | $57,500.00 |
| DISP-2529384 | [redacted] | GS | BCBS | 10/14/2024 | [redacted] | 22840 | 4/14/2025 | GAUDIN | $57,500.00 |
| DISP-2529499 | [redacted] | GS | BCBS | 10/14/2024 | [redacted] | 63053 | 3/10/2025 | GAUDIN | $34,500.00 |
| DISP-2529683 | [redacted] | GS | BCBS | 10/14/2024 | [redacted] | 61783 | 3/24/2025 | GAUDIN | $34,500.00 |
| DISP-2529763 | [redacted] | GS | BCBS | 10/14/2024 | [redacted] | 20939 | 4/18/2025 | GAUDIN | $9,258.00 |
| DISP-2529787 | [redacted] | GS | BCBS | 10/14/2024 | [redacted] | 22853 | 10/13/2025 | GAUDIN | $23,000.00 |
| DISP-4099198 | [redacted] | GE | BCBS | 4/11/2025 | [redacted] | 22853 | 12/12/2025 | SONSTEIN | $92,000.00 |
| DISP-4099376 | [redacted] | GE | BCBS | 4/11/2025 | [redacted] | 64722 | 11/21/2025 | SONSTEIN | $345,000.00 |
| DISP-4099581 | [redacted] | GE | BCBS | 4/11/2025 | [redacted] | 20939 | 10/30/2025 | SONSTEIN | $9,258.00 |
| DISP-1619246 | [redacted] | GS | BCBS | 9/7/2024 | [redacted] | 63688 | 7/16/2025 | ONESTI | $34,385.00 |
| DISP-1619443 | [redacted] | GS | BCBS | 9/7/2023 | [redacted] | 63688 | 11/21/2024 | SNYDER | $34,385.00 |
| DISP-2065372 | [redacted] | GS | BCBS | 6/7/2024 | [redacted] | 22633 | 5/30/2025 | VAYNMAN | $90,000.00 |
| DISP-2065640 | [redacted] | GS | BCBS | 6/7/2024 | [redacted] | 63047 | 5/30/2025 | VAYNMAN | $63,480.00 |
| DISP-2065800 | [redacted] | GS | BCBS | 6/7/2024 | [redacted] | 20939 | 12/26/2024 | VAYNMAN | $9,258.00 |
| DISP-2065874 | [redacted] | GS | BCBS | 6/7/2024 | [redacted] | 22853 | 1/13/2025 | VAYNMAN | $23,000.00 |
| DISP-2757638 | [redacted] | GR | BCBS | 12/13/2024 | [redacted] | 22842 | 4/15/2025 | PAPADIMAS | $14,283.00 |
| DISP-2757928 | [redacted] | GR | BCBS | 12/13/2024 | [redacted] | 63040 | 7/23/2025 | PAPADIMAS | $12,190.00 |
| DISP-2642145 | [redacted] | HG | BCBS | 8/19/2024 | [redacted] | 22633 | 5/27/2025 | GEORGE | $90,000.00 |
| DISP-2642332 | [redacted] | HG | BCBS | 8/19/2024 | [redacted] | 22842 | 5/27/2025 | GEORGE | $65,754.00 |
| DISP-4648395 | [redacted] | HM | BCBS | 8/7/2025 | [redacted] | 22845 | 2/1/2026 | VAYNMAN | $69,000.00 |
| DISP-2550239 | [redacted] | HG | BCBS | 8/19/2024 | [redacted] | 22551 | 6/21/2025 | SHAH | $90,000.00 |
| DISP-2799708 | [redacted] | ILM | BCBS | 1/10/2025 | [redacted] | 20660 | 6/18/2025 | PAPADIMAS | $12,650.00 |
| DISP-1525568 | [redacted] | JC | BCBS | 3/28/2024 | [redacted] | 63185 | 8/22/2024 | BOLOGNESE | $34,213.54 |
| DISP-2899593 | [redacted] | JF | BCBS | 12/12/2024 | [redacted] | 63048 | 5/22/2025 | GEORGE | $31,050.00 |
| DISP-440347 | [redacted] | JR | BCBS | 1/19/2023 | [redacted] | 22551, 22552 | 7/10/2024 | ONESTI | $18,000.00 |
| DISP-5028350 | [redacted] | JC | BCBS | 9/11/2025 | [redacted] | 22590 | 2/16/2026 | PAPADIMAS | $49,500.00 |
| DISP-5028430 | [redacted] | JC | BCBS | 9/11/2025 | [redacted] | 22842 | 3/10/2026 | PAPADIMAS | $35,707.00 |
| DISP-170167 | [redacted] | JB | BCBS | 1/24/2022 | [redacted] | 61797, 61796 | 7/9/2024 | M. BRISMAN | $107,761.00 |
| DISP-922757 | [redacted] | JM | BCBS | 7/14/2023 | [redacted] | 22853 | 6/25/2024 | BIRK | $27,129.00 |
| DISP-1279981 | [redacted] | J-A | BCBS | 1/22/2024 | [redacted] | 22633 | 9/12/2024 | DADASHEV | $88,662.87 |
| DISP-1280367 | [redacted] | J-A | BCBS | 1/22/2024 | [redacted] | 22853 | 8/6/2024 | DADASHEV | $42,896.01 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISP-372927 | [redacted] | J-M | BCBS | 8/19/2022 | [redacted] | 75870, 75877 | 8/3/2024 | SPELLMAN | $14,051.64 |
| DISP-1581435 | [redacted] | J-H | BCBS | 4/19/2024 | [redacted] | 20939 | 7/16/2025 | GAUDIN | $9,258.00 |
| DISP-280544 | [redacted] | J-U | BCBS | 7/8/2022 | [redacted] | 61107 | 1/26/2024 | BOLOGNESE | $18,912.83 |
| DISP-3831887 | [redacted] | J-W | BCBS | 7/19/2025 | [redacted] | 22551 | 11/14/2025 | SHAH | $90,000.00 |
| DISP-3704446 | [redacted] | J-D | BCBS | 4/15/2025 | [redacted] | 22590 | 8/21/2025 | PAPADIMAS | $49,500.00 |
| DISP-3704469 | [redacted] | J-D | BCBS | 4/15/2025 | [redacted] | 22849 | 8/20/2025 | PAPADIMAS | $49,500.00 |
| DISP-3704605 | [redacted] | J-D | BCBS | 4/15/2025 | [redacted] | 22842 | 8/21/2025 | PAPADIMAS | $35,708.00 |
| DISP-3704664 | [redacted] | J-D | BCBS | 4/15/2025 | [redacted] | 22852 | 8/27/2025 | PAPADIMAS | $34,500.00 |
| DISP-3704698 | [redacted] | J-D | BCBS | 4/15/2025 | [redacted] | 63185 | 8/29/2025 | PAPADIMAS | $28,750.00 |
| DISP-3704851 | [redacted] | J-D | BCBS | 4/15/2025 | [redacted] | 20660 | 8/27/2025 | PAPADIMAS | $12,650.00 |
| DISP-3712269 | [redacted] | J-J | BCBS | 4/17/2025 | [redacted] | 63047 | 8/25/2025 | DADASHEV | $63,480.00 |
| DISP-3712439 | [redacted] | J-J | BCBS | 4/17/2025 | [redacted] | 64722 | 8/21/2025 | DADASHEV | $230,000.00 |
| DISP-3730529 | [redacted] | J-J | BCBS | 4/17/2025 | [redacted] | 64722 | 8/27/2025 | VAYNMAN | $230,000.00 |
| DISP-3925772 | [redacted] | J-G | BCBS | 6/2/2025 | [redacted] | 22551 | 12/19/2025 | DADASHEV | $90,000.00 |
| DISP-3925838 | [redacted] | J-G | BCBS | 6/2/2025 | [redacted] | 22845 | 9/23/2025 | DADASHEV | $69,000.00 |
| DISP-3925930 | [redacted] | J-G | BCBS | 6/2/2025 | [redacted] | 64722 | 1/2/2026 | DADASHEV | $230,000.00 |
| DISP-3926013 | [redacted] | J-G | BCBS | 6/2/2025 | [redacted] | 22853 | 9/16/2025 | DADASHEV | $46,000.00 |
| DISP-3926074 | [redacted] | J-G | BCBS | 6/2/2025 | [redacted] | 22552 | 10/10/2025 | DADASHEV | $34,500.00 |
| DISP-1689563 | [redacted] | J-D | BCBS | 5/4/2023 | [redacted] | 63047 | 6/12/2025 | GEORGE | $63,480.00 |
| DISP-5290247 | [redacted] | J-M | BCBS | 8/19/2025 | [redacted] | 22612 | 3/4/2026 | RAK | $69,000.00 |
| DISP-3392479 | [redacted] | J-T | BCBS | 3/4/2025 | [redacted] | 22842 | 7/9/2025 | SHAH | $71,415.00 |
| DISP-3393128 | [redacted] | J-T | BCBS | 3/4/2025 | [redacted] | 63045 | 7/9/2025 | SHAH | $66,125.00 |
| DISP-2953245 | [redacted] | J-A | BCBS | 1/2/2025 | [redacted] | 22842 | 6/20/2025 | ONESTI | $71,415.00 |
| DISP-2953365 | [redacted] | J-A | BCBS | 1/2/2025 | [redacted] | 22614 | 6/2/2025 | ONESTI | $86,250.00 |
| DISP-1632844 | [redacted] | JB | BCBS | 3/8/2025 | [redacted] | 61781 | 7/21/2025 | J. BRISMAN | $51,750.00 |
| DISP-3492238 | [redacted] | J-C | BCBS | 2/26/2025 | [redacted] | 64722 | 8/7/2025 | ONESTI | $115,000.00 |
| DISP-1317730 | [redacted] | J-M | BCBS | 2/12/2024 | [redacted] | 22853 | 7/16/2025 | BIRK | $23,000.00 |
| DISP-697722 | [redacted] | J-N | BCBS | 6/5/2023 | [redacted] | 22558 | 2/21/2024 | GAUDIN | $32,191.77 |
| DISP-203948 | [redacted] | J-S | BCBS | 5/18/2022 | [redacted] | 22843 | 7/15/2024 | BOLOGNESE | $52,000.00 |
| DISP-204005 | [redacted] | J-S | BCBS | 5/18/2022 | [redacted] | 22216 | 7/15/2024 | BOLOGNESE | $100,000.00 |
| DISP-2426357 | [redacted] | J-R | BCBS | 5/15/2024 | [redacted] | 64722 | 3/27/2025 | DADASHEV | $115,000.00 |
| DISP-2426493 | [redacted] | J-R | BCBS | 5/15/2024 | [redacted] | 63048 | 8/6/2025 | DADASHEV | $62,100.00 |
| DISP-4993494 | [redacted] | J-W | BCBS | 10/24/2025 | [redacted] | 61107 | 2/17/2026 | PAPADIMAS | $18,400.00 |
| DISP-4993568 | [redacted] | J-W | BCBS | 10/24/2025 | [redacted] | 20660 | 2/17/2026 | PAPADIMAS | $12,650.00 |
| DISP-4022715 | [redacted] | JH | BCBS | 5/23/2025 | [redacted] | 62161 | 11/13/2025 | M. BRISMAN | $85,963.00 |
| DISP-4022735 | [redacted] | JH | BCBS | 5/23/2025 | [redacted] | 61781 | 10/8/2025 | M. BRISMAN | $51,750.00 |
| DISP-4022756 | [redacted] | JH | BCBS | 5/23/2025 | [redacted] | 61618 | 11/26/2025 | M. BRISMAN | $28,750.00 |
| DISP-4022798 | [redacted] | JH | BCBS | 5/23/2025 | [redacted] | 15769 | 11/26/2025 | M. BRISMAN | $11,500.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISP-4090156 | [redacted] | JH | BCBS | 5/23/2025 | [redacted] | 62161 | 12/11/2025 | BOYLE | $42,980.00 |
| DISP-4090294 | | JH | BCBS | 5/23/2025 | | 61618 | 11/25/2025 | BOYLE | $14,375.00 |
| DISP-2851299 | | JH | BCBS | 11/21/2024 | | 22633 | 5/21/2025 | DADASHEV | $90,000.00 |
| DISP-2851357 | | JH | BCBS | 11/21/2024 | | 63052 | 5/29/2025 | DADASHEV | $57,500.00 |
| DISP-2851547 | | JH | BCBS | 11/21/2024 | | 63053 | 5/29/2025 | DADASHEV | $34,500.00 |
| DISP-2851778 | | JH | BCBS | 11/21/2024 | | 22853 | 5/20/2025 | DADASHEV | $46,000.00 |
| DISP-1061846 | | JH | BCBS | 10/11/2023 | | 63040 | 10/17/2024 | BOLOGNESE | $58,733.44 |
| DISP-1061913 | | JH | BCBS | 10/11/2023 | | 21499 | 12/11/2024 | BOLOGNESE | $43,969.31 |
| DISP-1068169 | | JH | BCBS | 10/10/2023 | | 61107 | 8/9/2024 | BOLOGNESE | $22,779.03 |
| DISP-4370474 | | KJE | BCBS | 8/14/2025 | | 63045 | 12/3/2025 | PAPADIMAS | $33,062.00 |
| DISP-2429015 | | KL | BCBS | 10/1/2024 | | 63200 | 7/25/2025 | PAPADIMAS | $25,459.00 |
| DISP-2598948 | | KL | BCBS | 11/20/2024 | | 63048 | 5/8/2025 | DADASHEV | $62,100.00 |
| DISP-3000551 | | KS | BCBS | 12/27/2024 | | 64722 | 8/1/2025 | ONESTI | $115,000.00 |
| DISP-3000596 | | KS | BCBS | 12/27/2024 | | 63048 | 7/2/2025 | ONESTI | $31,050.00 |
| DISP-3000668 | | KS | BCBS | 12/27/2024 | | 69990 | 6/11/2025 | ONESTI | $34,500.00 |
| DISP-1366975 | | KF | BCBS | 12/14/2023 | | 64722 | 6/9/2025 | BOLOGNESE | $230,000.00 |
| DISP-414657 | | KM | BCBS | 9/29/2022 | | 22590 | 10/29/2023 | PAPADIMAS | $19,800.00 |
| DISP-4251381 | | KC | BCBS | 8/1/2025 | | 20660 | 1/6/2026 | PAPADIMAS | $12,650.00 |
| DISP-887947 | | KB | BCBS | 9/21/2023 | | 22842 | 2/21/2024 | BOLOGNESE | $37,305.49 |
| DISP-887996 | | KB | BCBS | 9/21/2023 | | 64722 | 2/9/2024 | BOLOGNESE | $55,803.20 |
| DISP-3532543 | | KL | BCBS | 3/10/2025 | | 22633 | 9/9/2025 | GEORGE | $90,000.00 |
| DISP-3532607 | | KL | BCBS | 3/10/2025 | | 22840 | 8/21/2025 | GEORGE | $57,500.00 |
| DISP-3532704 | | KL | BCBS | 3/10/2025 | | 22853 | 8/19/2025 | GEORGE | $23,000.00 |
| DISP-283848 | | KH | BCBS | 10/18/2022 | | 22842 | 10/18/2023 | BOLOGNESE | $42,849.00 |
| DISP-2424201 | | KV | BCBS | 9/20/2024 | | 22551 | 5/16/2025 | GEORGE | $90,000.00 |
| DISP-2424651 | | KV | BCBS | 9/20/2024 | | 22853 | 6/30/2025 | GEORGE | $23,000.00 |
| DISP-4945522 | | KB | BCBS | 9/18/2025 | | 22216 | 2/13/2026 | DADASHEV | $28,750.00 |
| DISP-3455805 | | KN | BCBS | 4/18/2025 | | 61107 | 7/14/2025 | PAPADIMAS | $18,400.00 |
| DISP-250403 | | KYM | BCBS | 11/3/2022 | | 22551, 22552 | 8/2/2024 | GEORGE | $88,834.68 |
| DISP-3638246 | | KC | BCBS | 4/25/2025 | | 20660 | 8/6/2025 | PAPADIMAS | $12,650.00 |
| DISP-4250493 | | KC | BCBS | 7/29/2025 | | 22590 | 11/21/2025 | PAPADIMAS | $49,500.00 |
| DISP-4250536 | | KC | BCBS | 7/29/2025 | | 22842 | 12/9/2025 | PAPADIMAS | $35,708.00 |
| DISP-4250592 | | KC | BCBS | 7/29/2025 | | 63185 | 1/6/2026 | PAPADIMAS | $28,750.00 |
| DISP-4250641 | | KC | BCBS | 7/29/2025 | | 61783 | 11/3/2025 | PAPADIMAS | $17,250.00 |
| DISP-378538 | | LH | BCBS | 10/4/2022 | | 64555 | 7/10/2024 | BROWN | $71,083.44 |
| DISP-378635 | | LH | BCBS | 10/7/2022 | | 64585 | 8/17/2024 | BROWN | $27,249.13 |
| DISP-3456218 | | LK | BCBS | 4/9/2025 | | 61107 | 8/8/2025 | PAPADIMAS | $18,400.00 |
| DISP-3122172 | | LK | BCBS | 1/30/2025 | | 20660 | 6/5/2025 | PAPADIMAS | $12,650.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISP-3308875 | [redacted] | LP | BCBS | 2/24/2025 | [redacted] | 63047 | 6/27/2025 | DADASHEV | $63,480.00 |
| DISP-3745003 | [redacted] | LP | BCBS | 2/24/2025 | [redacted] | 63048 | 9/12/2025 | DADASHEV | $93,150.00 |
| DISP-4532554 | [redacted] | LP | BCBS | 2/24/2025 | [redacted] | 69990 | 12/17/2025 | DADASHEV | $34,500.00 |
| DISP-1670925 | [redacted] | LS | BCBS | 4/26/2024 | [redacted] | 62161 | 8/13/2025 | M. BRISMAN | $85,963.00 |
| DISP-1612778 | [redacted] | LW | BCBS | 5/31/2024 | [redacted] | 61458 | 7/25/2025 | M. BRISMAN | $99,000.00 |
| DISP-4260471 | [redacted] | LE | BCBS | 5/30/2025 | [redacted] | 63048 | 11/24/2025 | GEORGE | $31,050.00 |
| DISP-1496337 | [redacted] | LS | BCBS | 8/23/2024 | [redacted] | 63040 | 2/18/2025 | BOLOGNESE | $60,950.00 |
| DISP-1496365 | [redacted] | LS | BCBS | 8/23/2024 | [redacted] | 61783 | 1/31/2025 | BOLOGNESE | $34,500.00 |
| DISP-3111731 | [redacted] | LR | BCBS | 7/18/2024 | [redacted] | 63282 | 7/16/2024 | DADASHEV | $92,575.00 |
| DISP-3111761 | [redacted] | LR | BCBS | 7/18/2024 | [redacted] | 63710 | 6/6/2025 | DADASHEV | $59,513.00 |
| DISP-3111857 | [redacted] | LR | BCBS | 7/18/2024 | [redacted] | 64722 | 7/16/2025 | DADASHEV | $230,000.00 |
| DISP-961583 | [redacted] | LG | BCBS | 8/14/2023 | [redacted] | 22853 | 11/21/2024 | DADASHEV | $45,725.18 |
| DISP-5208708 | [redacted] | LW | BCBS | 6/19/2025 | [redacted] | 63185 | 3/2/2026 | PAPADIMAS | $28,750.00 |
| DISP-3166948 | [redacted] | LM | BCBS | 11/1/2024 | [redacted] | 22612 | 6/12/2025 | RAK | $69,000.00 |
| DISP-3166996 | [redacted] | LM | BCBS | 11/1/2024 | [redacted] | 63047 | 6/18/2025 | RAK | $63,480.00 |
| DISP-3167294 | [redacted] | LM | BCBS | 11/1/2024 | [redacted] | 64722 | 6/24/2025 | RAK | $115,000.00 |
| DISP-2906466 | [redacted] | MH | BCBS | 11/13/2024 | [redacted] | 69990 | 5/14/2025 | ONESTI | $34,500.00 |
| DISP-5002449 | [redacted] | MH | BCBS | 10/29/2025 | [redacted] | 22590 | 2/27/2026 | PAPADIMAS | $49,500.00 |
| DISP-5002483 | [redacted] | MH | BCBS | 10/29/2025 | [redacted] | 63185 | 2/2/2026 | PAPADIMAS | $28,750.00 |
| DISP-1501367 | [redacted] | MC | BCBS | 12/7/2023 | [redacted] | 61626 | 8/28/2025 | J. BRISMAN | $97,750.00 |
| DISP-2675102 | [redacted] | MB | BCBS | 11/1/2024 | [redacted] | 64722 | 5/27/2025 | SONSTEIN | $230,000.00 |
| DISP-2675217 | [redacted] | MB | BCBS | 11/1/2024 | [redacted] | 20939 | 5/30/2025 | SONSTEIN | $9,258.00 |
| DISP-1044119 | [redacted] | MM | BCBS | 11/15/2023 | [redacted] | 22633, 22634 | 11/26/2024 | DADASHEV | $112,895.11 |
| DISP-1044149 | [redacted] | MM | BCBS | 11/15/2023 | [redacted] | 63052+63053 | 1/2/2025 | DADASHEV | $92,000.00 |
| DISP-4679271 | [redacted] | MJ | BCBS | 7/21/2025 | [redacted] | 69990 | 12/22/2025 | GEORGE | $34,500.00 |
| DISP-1463997 | [redacted] | MS | BCBS | 1/18/2023 | [redacted] | 22853 | 9/16/2024 | ONESTI | $45,895.90 |
| DISP-4585579 | [redacted] | MB | BCBS | 7/8/2025 | [redacted] | 63044 | 2/24/2026 | SONSTEIN | $26,450.00 |
| DISP-4585661 | [redacted] | MB | BCBS | 7/8/2025 | [redacted] | 20939 | 1/12/2026 | SONSTEIN | $9,258.00 |
| DISP-3160978 | [redacted] | MD | BCBS | 1/30/2025 | [redacted] | 64722 | 6/5/2025 | GEORGE | $115,000.00 |
| DISP-3161085 | [redacted] | MD | BCBS | 1/30/2025 | [redacted] | 69990 | 6/5/2025 | GEORGE | $34,500.00 |
| DISP-3363607 | [redacted] | MD | BCBS | 1/30/2025 | [redacted] | 63047 | 7/28/2025 | GEORGE | $63,480.00 |
| DISP-1202918 | [redacted] | MM | BCBS | 12/11/2023 | [redacted] | 22600 | 10/21/2024 | BIRK | $77,733.37 |
| DISP-2215933 | [redacted] | MG | BCBS | 8/30/2024 | [redacted] | 22633 | 5/8/2025 | VAYNMAN | $90,000.00 |
| DISP-2216256 | [redacted] | MG | BCBS | 8/30/2024 | [redacted] | 22853 | 5/12/2025 | VAYNMAN | $23,000.00 |
| DISP-1339196 | [redacted] | MK | BCBS | 10/11/2023 | [redacted] | 64722 | 8/7/2025 | DADASHEV | $57,500.00 |
| DISP-3363706 | [redacted] | MK | BCBS | 12/20/2024 | [redacted] | 22853 | 7/28/2025 | IMANI | $23,000.00 |
| DISP-3507392 | [redacted] | MK | BCBS | 4/8/2025 | [redacted] | 22842 | 8/28/2025 | PAPADIMAS | $35,708.00 |
| DISP-3507428 | [redacted] | MK | BCBS | 4/8/2025 | [redacted] | 63185 | 7/12/2025 | PAPADIMAS | $28,750.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISP-2718157 | [redacted] | NM | BCBS | 9/3/2024 | [redacted] | 22551 | 6/23/2025 | SONSTEIN | $90,000.00 |
| DISP-2718449 | [redacted] | NM | BCBS | 9/3/2024 | [redacted] | 20939 | 5/21/2025 | SONSTIEN | $9,258.00 |
| DISP-2718728 | [redacted] | NM | BCBS | 9/3/2024 | [redacted] | 22853 | 7/30/2025 | SONSTEIN | $23,000.00 |
| DISP-1962875 | [redacted] | NJ | BCBS | 5/17/2024 | [redacted] | 22845 | 5/17/2025 | VAYNMAN | $69,000.00 |
| DISP-1962769 | [redacted] | NJ | BCBS | 5/17/2024 | [redacted] | 22853 | 6/4/2025 | VAYNMAN | $23,000.00 |
| DISP-2634036 | [redacted] | NS | BCBS | 9/3/2024 | [redacted] | 64722 | 5/29/2025 | PAPADIMAS | $19,400.00 |
| DISP-3977512 | [redacted] | NS | BCBS | 6/17/2025 | [redacted] | 64722 | 10/13/2025 | PAPADIMAS | $28,750.00 |
| DISP-5029915 | [redacted] | NS | BCBS | 10/28/2025 | [redacted] | 63185 | 3/3/2026 | PAPADIMAS | $28,750.00 |
| DISP-5029961 | [redacted] | NS | BCBS | 10/28/2025 | [redacted] | 22842 | 2/25/2026 | PAPADIMAS | $35,707.50 |
| DISP-5030013 | [redacted] | NS | BCBS | 10/28/2025 | [redacted] | 61783 | 2/26/2026 | PAPADIMAS | $17,250.00 |
| DISP-5090641 | [redacted] | OD | BCBS | 9/4/2025 | [redacted] | 22856 | 2/12/2026 | J. BRISMAN | $94,300.00 |
| DISP-5090694 | [redacted] | OD | BCBS | 9/4/2025 | [redacted] | 22858 | 2/11/2026 | J. BRISMAN | $69,000.00 |
| DISP-4089510 | [redacted] | PC | BCBS | 1/26/2024 | [redacted] | 61458 | 10/9/2025 | BOYLE | $34,650.00 |
| DISP-4089609 | [redacted] | PC | BCBS | 1/26/2024 | [redacted] | 61595 | 10/22/2025 | BOYLE | $24,375.00 |
| DISP-4089653 | [redacted] | PC | BCBS | 1/26/2024 | [redacted] | 61781 | 10/30/2025 | BOYLE | $18,115.00 |
| DISP-2971630 | [redacted] | PW | BCBS | 12/10/2024 | [redacted] | 22590 | 9/12/2025 | PAPADIMAS | $49,500.00 |
| DISP-2971691 | [redacted] | PW | BCBS | 12/10/2024 | [redacted] | 22842 | 5/29/2025 | PAPADIMAS | $35,708.00 |
| DISP-2971729 | [redacted] | PW | BCBS | 12/10/2024 | [redacted] | 64722 | 5/27/2025 | PAPADIMAS | $57,500.00 |
| DISP-2971765 | [redacted] | PW | BCBS | 12/10/2024 | [redacted] | 61343 | 5/7/2025 | PAPADIMAS | $49,500.00 |
| DISP-4825187 | [redacted] | PL | BCBS | 9/22/2025 | [redacted] | 63030 | 1/22/2026 | IMANI | $69,000.00 |
| DISP-4825290 | [redacted] | PL | BCBS | 9/22/2025 | [redacted] | 64722 | 1/21/2026 | IMANI | $57,500.00 |
| DISP-3239002 | [redacted] | PB | BCBS | 1/28/2025 | [redacted] | 22551 | 6/16/2025 | IMANi | $90,000.00 |
| DISP-3239081 | [redacted] | PB | BCBS | 1/28/2025 | [redacted] | 22846 | 6/16/2025 | IMANi | $50,255.00 |
| DISP-3239176 | [redacted] | PB | BCBS | 1/28/2025 | [redacted] | 22552 | 6/19/2025 | IMANI | $34,500.00 |
| DISP-3239233 | [redacted] | PB | BCBS | 1/28/2025 | [redacted] | 22853 | 9/3/2025 | IMANI | $46,000.00 |
| DISP-5016068 | [redacted] | PS | BCBS | 8/27/2025 | [redacted] | 63047 | 2/5/2026 | J. BRISMAN | $63,480.00 |
| DISP-5016636 | [redacted] | PS | BCBS | 8/27/2025 | [redacted] | 63048 | 2/5/2026 | J. BRISMAN | $62,100.00 |
| DISP-2759035 | [redacted] | PJ | BCBS | 12/12/2024 | [redacted] | 63185 | 5/8/2025 | PAPADIMAS | $11,500.00 |
| DISP-327211 | [redacted] | RH | BCBS | 12/29/2022 | [redacted] | 64713 | 12/1/2023 | GEORGE | $227,324.60 |
| DISP-327228 | [redacted] | RH | BCBS | 12/29/2022 | [redacted] | 22551 | 1/3/2024 | GEORGE | $87,592.98 |
| DISP-327235 | [redacted] | RH | BCBS | 12/29/2022 | [redacted] | 22552 | 11/21/2023 | GEORGE | $33,940.88 |
| DISP-327242 | [redacted] | RH | BCBS | 12/29/2022 | [redacted] | 22853 | 1/3/2024 | GEORGE | $44,838.46 |
| DISP-2921622 | [redacted] | RJ | BCBS | 12/4/2024 | [redacted] | 64722 | 6/27/2025 | ONESTI | $115,000.00 |
| DISP-2401079 | [redacted] | RR | BCBS | 9/24/2024 | [redacted] | 61107 | 5/28/2025 | PAPADIMAS | $18,400.00 |
| DISP-2613526 | [redacted] | RR | BCBS | 9/25/2024 | [redacted] | 63040 | 6/17/2025 | PAPADIMAS | $12,000.00 |
| DISP-3442636 | [redacted] | RY | BCBS | 2/20/2025 | [redacted] | 22614 | 7/10/2025 | DADASHEV | $172,500.00 |
| DISP-3442811 | [redacted] | RY | BCBS | 2/20/2025 | [redacted] | 22843 | 8/24/2025 | DADASHEV | $59,800.00 |
| DISP-3531435 | [redacted] | RY | BCBS | 2/20/2025 | [redacted] | 63710 | 7/30/2025 | ONESTI | $59,513.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISP-2467044 | [redacted] | RH | BCBS | 9/4/2024 | [redacted] | 22830 | 5/22/2025 | PAPADIMAS | $4,629.00 |
| DISP-2750649 | [redacted] | RH | BCBS | 9/4/2025 | [redacted] | 22590 | 10/15/2025 | PAPADIMAS | $34,650.00 |
| DISP-2750827 | [redacted] | RH | BCBS | 9/4/2024 | [redacted] | 22842 | 5/8/2025 | PAPADIMAS | $14,283.00 |
| DISP-2750874 | [redacted] | RH | BCBS | 9/4/2024 | [redacted] | 63185 | 5/9/2025 | PAPADIMAS | $11,500.00 |
| DISP-2750900 | [redacted] | RH | BCBS | 9/4/2024 | [redacted] | 61783 | 10/13/2025 | PAPADIMAS | $12,075.00 |
| DISP-1833471 | [redacted] | RC | BCBS | 6/13/2023 | [redacted] | 21499 | 1/2/2025 | BOLOGNESE | $46,000.00 |
| DISP-2674510 | [redacted] | RC | BCBS | 9/10/2024 | [redacted] | 22853 | 12/23/2025 | PAPADIMAS | $5,750.00 |
| DISP-3472780 | [redacted] | RC | BCBS | 1/21/2025 | [redacted] | 22600 | 7/21/2025 | ONESTI | $80,500.00 |
| DISP-3472999 | [redacted] | RC | BCBS | 1/21/2025 | [redacted] | 22843 | 7/21/2025 | ONESTI | $59,800.00 |
| DISP-2940780 | [redacted] | RM | BCBS | 11/22/2024 | [redacted] | 22856 | 5/6/2025 | GAUDIN | $94,300.00 |
| DISP-2941051 | [redacted] | RM | BCBS | 11/22/2024 | [redacted] | 22551 | 4/30/2025 | GAUDIN | $90,000.00 |
| DISP-2941236 | [redacted] | RM | BCBS | 11/22/2024 | [redacted] | 64722 | 6/3/2025 | GAUDIN | $230,000.00 |
| DISP-2941375 | [redacted] | RM | BCBS | 11/22/2024 | [redacted] | 22853 | 4/30/2025 | GAUDIN | $23,000.00 |
| DISP-3353623 | [redacted] | RB | BCBS | 1/16/2025 | [redacted] | 22853 | 8/2/2025 | DADASHEV | $69,000.00 |
| DISP-3363285 | [redacted] | RG | BCBS | 1/31/2025 | [redacted] | 61458 | 7/14/2025 | J. BRISMAN | $99,000.00 |
| DISP-3363368 | [redacted] | RG | BCBS | 1/31/2025 | [redacted] | 62161 | 7/17/2025 | J. BRISMAN | $85,963.00 |
| DISP-3363438 | [redacted] | RG | BCBS | 1/31/2025 | [redacted] | 61595 | 7/3/2025 | J. BRISMAN | $57,500.00 |
| DISP-3363492 | [redacted] | RG | BCBS | 1/31/2025 | [redacted] | 61781 | 7/15/2025 | J. BRISMAN | $51,750.00 |
| DISP-3363673 | [redacted] | RG | BCBS | 1/31/2025 | [redacted] | 15769 | 7/8/2025 | J. BRISMAN | $11,500.00 |
| DISP-2521854 | [redacted] | RL | BCBS | 10/21/2024 | [redacted] | 61783 | 3/17/2025 | GEORGE | $34,500.00 |
| DISP-2521967 | [redacted] | RL | BCBS | 10/21/2024 | [redacted] | 22853 | 3/27/2025 | GEORGE | $23,000.00 |
| DISP-365449 | [redacted] | RC | BCBS | 3/3/2022 | [redacted] | 22551, 22552 | 4/15/2024 | VAYNMAN | $122,466.21 |
| DISP-4501227 | [redacted] | RG | BCBS | 5/15/2025 | [redacted] | 22830 | 1/5/2026 | ONESTI | $18,515.00 |
| DISP-4260028 | [redacted] | RML | BCBS | 1/29/2025 | [redacted] | 61798 | 12/2/2025 | M. BRISMAN | $97,750.00 |
| DISP-1573492 | [redacted] | SD | BCBS | 3/10/2023 | [redacted] | 64714 | 12/6/2024 | GEORGE | $230,000.00 |
| DISP-3455458 | [redacted] | SA | BCBS | 4/16/2025 | [redacted] | 20660 | 8/7/2025 | PAPADIMAS | $12,650.00 |
| DISP-3946084 | [redacted] | SA | BCBS | 6/3/2025 | [redacted] | 22842 | 1/15/2026 | PAPADIMAS | $24,996.00 |
| DISP-3946120 | [redacted] | SA | BCBS | 6/3/2025 | [redacted] | 63185 | 11/24/2025 | PAPADIMAS | $28,750.00 |
| DISP-5126685 | [redacted] | SC | BCBS | 10/24/2025 | [redacted] | 22858 | 2/17/2026 | VAYNMAN | $69,000.00 |
| DISP-2664859 | [redacted] | SK | BCBS | 8/7/2024 | [redacted] | 61343 | 6/19/2025 | PAPADIMAS | $15,840.00 |
| DISP-2665005 | [redacted] | SK | BCBS | 8/7/2024 | [redacted] | 20660 | 6/13/2025 | PAPADIMAS | $6,325.00 |
| DISP-3723904 | [redacted] | SK | BCBS | 5/21/2025 | [redacted] | 20660 | 8/22/2025 | PAPADIMAS | $12,650.00 |
| DISP-4800042 | [redacted] | SM | BCBS | 11/8/2024 | [redacted] | 64722 | 2/6/2026 | J. BRISMAN | $57,500.00 |
| DISP-5182817 | [redacted] | SC | BCBS | 6/3/2025 | [redacted] | 22614 | 3/20/2026 | ONESTI | $28,750.00 |
| DISP-3997581 | [redacted] | SP | BCBS | 4/30/2025 | [redacted] | 64722 | 9/29/2025 | RAK | $230,000.00 |
| DISP-3687756 | [redacted] | SC | BCBS | 4/29/2025 | [redacted] | 61107 | 8/26/2025 | ONESTI | $36,800.00 |
| DISP-4564328 | [redacted] | SC | BCBS | 8/26/2025 | [redacted] | 63185 | 12/22/2025 | PAPADIMAS | $28,750.00 |
| DISP-4564369 | [redacted] | SC | BCBS | 8/26/2025 | [redacted] | 64722 | 12/22/2025 | PAPADIMAS | $28,750.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISP-4607881 | [redacted] | SW | BCBS | 6/20/2025 | [redacted] | 63052 | 12/18/2025 | GEORGE | $57,500.00 |
| DISP-4607911 | | SW | BCBS | 6/20/2025 | | 22853 | 3/10/2026 | GEORGE | $46,000.00 |
| DISP-4607967 | | SW | BCBS | 6/20/2025 | | 63053 | 12/16/2025 | GEORGE | $34,500.00 |
| DISP-4608027 | | SW | BCBS | 6/20/2025 | | 61783 | 3/10/2026 | GEORGE | $34,500.00 |
| DISP-1313150 | | SG | BCBS | 1/26/2024 | | 63047 | 1/2/2025 | SONSTEIN | $63,127.91 |
| DISP-2750369 | | SG | BCBS | 1/26/2024 | | 64722 | 8/7/2025 | SONSTEIN | $230,000.00 |
| DISP-3687552 | | SH | BCBS | 4/24/2025 | | 61783 | 9/9/2025 | PAPADIMAS | $17,250.00 |
| DISP-3976967 | | SH | BCBS | 2/14/2025 | | 61107 | 10/27/2025 | PAPADIMAS | $18,400.00 |
| DISP-3745305 | | SS | BCBS | 12/19/2024 | | 27278 | 9/9/2025 | RAK | $99,000.00 |
| DISP-3745363 | | SS | BCBS | 12/19/2024 | | 61783 | 10/3/2025 | RAK | $34,500.00 |
| DISP-4276089 | | SM-M | BCBS | 6/3/2025 | | 22853 | 11/6/2025 | SHAH | $46,000.00 |
| DISP-5413280 | | SB | BCBS | 11/25/2025 | | 22210 | 3/24/2026 | PAPADIMAS | $14,375.00 |
| DISP-5112422 | | SH | BCBS | 10/17/2025 | | 20660 | 2/17/2026 | PAPADIMAS | $12,650.00 |
| DISP-3988098 | | SAL | BCBS | 3/7/2025 | | 22551 | 10/14/2025 | J. BRISMAN | $90,000.00 |
| DISP-3988146 | | SAL | BCBS | 3/7/2025 | | 64722 | 10/14/2025 | J. BRISMAN | $57,500.00 |
| DISP-3988187 | | SAL | BCBS | 3/7/2025 | | 22853 | 10/14/2025 | J. BRISMAN | $23,000.00 |
| DISP-3988265 | | SAL | BCBS | 3/7/2025 | | 22830 | 10/14/2025 | J. BRISMAN | $18,515.00 |
| DISP-3065619 | | SN | BCBS | 2/20/2025 | | 62230 | 7/17/2025 | PAPADIMAS | $34,500.00 |
| DISP-1293168 | | SMI | BCBS | 10/10/2023 | | 20660 | 7/9/2025 | BOLOGNESE | $24,688.32 |
| DISP-1705243 | | TT | BCBS | 4/24/2024 | | 64722 | 5/22/2025 | PAPADIMAS | $20,700.00 |
| DISP-2712659 | | TT | BCBS | 12/18/2024 | | 61783 | 5/9/2025 | PAPADIMAS | $17,250.00 |
| DISP-3161663 | | TW | BCBS | 2/19/2025 | | 61800 | 6/9/2025 | M. BRISMAN | $23,000.00 |
| DISP-3363052 | | TW | BCBS | 2/19/2025 | | 61798 | 7/28/2025 | M. BRISMAN | $97,500.00 |
| DISP-1143549 | | TA | BCBS | 10/31/2023 | | 22660 | 5/24/2024 | SONSTEIN | $79,182.66 |
| DISP-2914721 | | TM | BCBS | 10/23/2024 | | 64722 | 5/30/2025 | DADASHEV | $115,000.00 |
| DISP-2914794 | | TM | BCBS | 10/23/2024 | | 69990 | 10/15/2025 | DADASHEV | $34,500.00 |
| DISP-1585753 | | TA | BCBS | 5/2/2024 | | 64722 | 12/16/2024 | DADASHEV | $230,000.00 |
| DISP-777828 | | TE | BCBS | 7/13/2023 | | 64714 | 11/12/2024 | GEORGE | $115,000.00 |
| DISP-777872 | | TE | BCBS | 7/13/2023 | | 69990 | 11/18/2024 | GEORGE | $20,000.00 |
| DISP-4933370 | | TH | BCBS | 8/25/2025 | | 63052 | 1/29/2026 | GEORGE | $57,500.00 |
| DISP-3686768 | | TL | BCBS | 5/12/2025 | | 63047 | 8/27/2025 | DADASHEV | $63,480.00 |
| DISP-3133705 | | TA | BCBS | 2/26/2025 | | 61107 | 8/9/2025 | PAPADIMAS | $18,400.00 |
| DISP-3273873 | | TA | BCBS | 2/26/2025 | | 21499 | 7/3/2025 | PAPADIMAS | $46,000.00 |
| DISP-3431036 | | TA | BCBS | 2/26/2025 | | 22590 | 7/14/2025 | PAPADIMAS | $34,650.00 |
| DISP-3431069 | | TA | BCBS | 2/26/2025 | | 22842 | 8/8/2025 | PAPADIMAS | $35,708.00 |
| DISP-3431245 | | TA | BCBS | 2/26/2025 | | 63185 | 7/28/2025 | PAPADIMAS | $28,750.00 |
| DISP-3431375 | | TA | BCBS | 2/26/2025 | | 61783 | 8/8/2025 | PAPADIMAS | $17,250.00 |
| DISP-3443605 | | TA | BCBS | 2/26/2025 | | 64722 | 7/14/2025 | PAPADIMAS | $40,250.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISP-442684 | [redacted] | VN | BCBS | 11/9/2022 | [redacted] | 62142 | 9/27/2023 | GAUDIN | $38,715.53 |
| DISP-1684266 | | VS | BCBS | 4/10/2024 | | 22633 | 4/25/2025 | GEORGE | $90,000.00 |
| DISP-1295648 | | WS | BCBS | 1/8/2024 | | 22633 | 8/19/2024 | IMANI | $87,990.15 |
| DISP-1295761 | | WS | BCBS | 1/8/2024 | | 22634 | 8/19/2024 | IMANI | $23,629.80 |
| DISP-1295812 | | WS | BCBS | 1/8/2024 | | 22853 | 8/3/2024 | IMANI | $45,041.90 |
| DISP-4711919 | | WK | BCBS | 9/24/2025 | | 22590 | 3/9/2026 | PAPADIMAS | $57,500.00 |
| DISP-2906574 | | WK | BCBS | 10/25/2024 | | 22612 | 6/4/2025 | ONESTI | $69,000.00 |
| DISP-325029 | | WL | BCBS | 8/9/2022 | | 36226 | 8/8/2024 | MANGLA | $57,259.84 |
| DISP-4242388 | | YB | BCBS | 8/6/2025 | | 61107 | 10/29/2025 | PAPADIMAS | $18,400.00 |
| DISP-4144812 | | ZA | BCBS | 5/28/2025 | | 64722 | 10/16/2025 | DADASHEV | $230,000.00 |
| DISP-4144751 | | ZA | BCBS | 5/28/2025 | | 63710 | 11/10/2025 | DADASHEV | $59,513.00 |
| DISP-2511599 | | ZU | BCBS | 8/15/2024 | | 22590 | 3/24/2025 | PAPADIMAS | $19,800.00 |
| DISP-2511734 | | ZU | BCBS | 8/15/2024 | | 64722 | 2/27/2025 | PAPADIMAS | $14,375.00 |
| DISP-3370868 | | ZU | BCBS | 2/29/2024 | | 61107 | 7/24/2025 | PAPADIMAS | $18,400.00 |
| DISP-3370889 | | ZU | BCBS | 2/29/2024 | | 20660 | 7/9/2025 | PAPADIMAS | $12,650.00 |
| | | | | | | | | | $21,783,792.49 |